UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Love,<br><br>  Plaintiff,<br><br> v.<br><br>Angel F. Guerrero;<br>Flory Guerrero; and<br>South Of The Border Inc., a<br>California Corporation,<br><br>  Defendants. | Case No.: ED CV13-1655-DMG(SPx)<br><br>**JUDGMENT [46]** |

  The Court having granted Defendants' motion for summary judgment on February 26, 2015, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that JUDGMENT is entered in favor of Plaintiff Samuel Love and against Defendants Angel F. Guerrero, Flory Guerrero, and South Of The Border Inc., a California Corporation, in the amount of $4,000.

DATED: March 9, 2015

            /s/ Dolly M. Gee
            DOLLY M. GEE
            UNITED STATES DISTRICT JUDGE